**Order entered August 14, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00861-CV

## IN RE GENTRY S. LEONARD

**Original Proceeding from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. M18-62976-I**

## ORDER

Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's July 19, 2019 petition for writ of mandamus.

/s/     CORY L. CARLYLE
        JUSTICE